DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

Entered on Docket
January 22, 2014
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 21, 2014



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:  WILFREDO ROMERO<br>Debtor(s) | Case No.:  13-3-2317 DM<br>Chapter:  13 |

## ORDER CONFIRMING CHAPTER 13 PLAN
## AND ORDER APPROVING ATTORNEY FEES AND NOTICE

The debtor(s) filed a Plan (or if applicable, an Amended Plan) under Chapter 13 of the Bankruptcy Code, a copy of which was served on creditors.  After a noticed hearing on January 15, 2014, the Court finds and concludes that the Plan (or if applicable, the Amended Plan) complies with 11 U.S.C. 1325(a) and other applicable bankruptcy laws, rules and procedures and should be confirmed.

THEREFORE IT IS ORDERED THAT:

I.  The debtor's (s') Plan (or Amended Plan, if applicable) is confirmed.

II.  The future income of the debtor(s) shall be submitted to the supervision and control of David Burchard, Trustee herein, as is necessary for the execution of the Plan.

III.  Until the plan is completed, or the case is dismissed or converted to a case under a different Chapter of the Bankruptcy Code the debtor(s) shall make payment to the Trustee, pursuant to the terms of the Plan, no later than the 20th day of each month, at P.O. Box 171, Memphis, TN 38101-0171.

IV.  If the debtor(s) fail(s) to timely comply with the terms of the Plan, the Plan shall be considered in default and the Trustee may file a motion to dismiss this case for that reason.  Upon the filing of such a motion, debtor(s) shall, within (21) days of the date of service of the Motion cure the Plan default.  If the debtor(s) fail(s) to comply with the foregoing, within the twenty (21) days prescribed, the motion shall be heard on the Trustee's next monthly court calendar for dismissals.

V.  Except as otherwise provided in the Plan or in this Order Confirming the Plan, the Trustee shall make payments to creditors under the Plan.

VI.  The debtor(s) may sell or refinance real property without further order of the court upon written approval of the Chapter 13 Standing Trustee.

VII.  Pursuant to the Application for Approval of Attorneys Fees filed by KENDALL COFFMAN, attorney for debtor(s), attorneys fees in the sum of $4,350.00 are approved, of which $1,000.00 has been previously paid.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

WILFREDO ROMERO
2351 SOUTH NORFOLK ST.
SAN MATEO, CA 94403-1661